FILED

2019 JUN 27 AM 11:25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA  PLAINTIFF  v.  Sparkle Shorale Nelson  78340-112  USMS# ~~Not Available~~  DEFENDANT | CASE NUMBER: ED CR19-00213-JGB-1  REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: June 27, 2019   6:40   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 1349 Conspiracy; 18 USC 1341 Mail Fraud; 18 USC 1343 Wire Fraud; 18 USC 1028A(a)(1) Aggraved Identy Theft; 20 USC 1097(a) Financial Aid Fraud; and 18 USC 2 Aiding and Abetting

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1987

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: J. RODRIGUEZ

10. Remarks (if any): _____

11. Name: GLENN MORIMOTO   (please print)

12. Office Phone Number: 626-672-5526

13. Agency: U.S. Postal Inspection Service

14. Signature: _____

15. Date: June 27, 2019

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION