AGENT TO EXECUTE                                           FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2019 JUN 27  AM 11: 26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA
RIVERSIDE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>SPARKLE SHORALE NELSON,<br><br>Defendant(s). | CASE NUMBER:<br><br>ED CR19-00213 JGB<br><br>**WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   SPARKLE SHORALE NELSON

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☒ Indictment
☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

18 U.S.C. § 1349: Conspiracy;
18 U.S.C. § 1341: Mail Fraud;
18 U.S.C. § 1343: Wire Fraud;
18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft;
20 U.S.C. § 1097(a): Financial Aid Fraud; and
18 U.S.C. § 2: Aiding and Abetting and Causing an Act to be Done

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>L. MURR__<br>SIGNATURE OF DEPUTY CLERK | JUN -5 2019   Riverside, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>KENLY KIYA KATO<br>By: _____<br>NAME OF JUDICIAL OFFICER |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| 6/05/19<br>DATE RECEIVED<br><br>6/27/19<br>DATE OF ARREST | GLENN MORIMOTO<br>NAME OF ARRESTING OFFICER<br><br>U.S. POSTAL INSPECTOR<br>TITLE<br><br>SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

G-04   (10/15)                     WARRANT FOR ARREST                     Page 1 of 2